UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOHEL ALEJANDRO FLORES FLORES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:26-cv-01166-SRC |
| | ) | |
| IMMIGRATION AND CUSTOMS | ) | |
| ENFORCEMENT and GREENE COUNTY | ) | |
| JAIL, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>Order</u>**

Johel Alejandro Flores Flores is an immigration detainee who alleges that Immigration and Customs Enforcement wrongfully arrested and detained him.  Doc. 1 at 2–5.  After examining his complaint, doc. 1, the Court transfers this case to the Western District of Missouri.

Under 28 U.S.C. § 1404(a), a district court "may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented."  While transfer of venue is typically handled via motion, the Court may order such transfer sua sponte.  *See Union Elec. Co. v. Energy Ins. Mut. Ltd.*, 689 F.3d 968, 972 (8th Cir. 2012) ("There is authority supporting the district court's ability to sua sponte transfer a case under § 1404(a)." (citation omitted)); *see also* 15 *Wright & Miller's Federal Practice & Procedure* § 3844 (4th ed. 2026) (noting that the language of 28 U.S.C. § 1404(a) "is broad enough that a district court can order transfer on its own initiative").  Before transferring a case, however, the court must find that the transfer is "[f]or the convenience of parties and witnesses" and "in the interest of justice."  28 U.S.C. § 1404(a).  This requires "a case-by-case evaluation of the particular circumstances at hand and a consideration of all relevant factors."  *Terra Int'l v.*

*Miss. Chem. Co.*, 119 F.3d 688, 691 (8th Cir. 1997); *see also id.* at 696 (listing factors); *Atl. Marine Constr. Co., Inc. v. U.S. Dist. Ct.*, 571 U.S. 49, 62 n.6 (2013) (listing factors).

Because Flores Flores alleges detainment in Springfield, Greene County, Missouri (located in the Western District of Missouri), doc. 1 at 2–3, and sues Defendants who are located in Springfield and Kansas City, Missouri (also located in the Western District of Missouri), *see id.*, the Court finds that the convenience of the parties and witnesses and the interests of justice support transferring this case to the Western District of Missouri. *See Kelly-Leppert v. Monsanto Co.*, No. 4:21-cv-00369-SRC, 2026 WL 1090947 (E.D. Mo. Apr. 22, 2026) (transferring a case to the Western District of Missouri when the plaintiff, counsel, and witnesses were located there). Accordingly, the Court directs the Clerk of Court to transfer this action to the United States District Court for the Western District of Missouri. *See* 28 U.S.C. § 105(b)(5).

So ordered this 29th day of July 2026.

_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE

2